Susan Stevens v. DeWitt County, et al.

Case No.:  11-CV-3162

## Itemization of Bill of Costs

1. Midwest Litigation Services
   Deposition Transcript of Susan Stevens             $271.25

2. Midwest Litigation Services
   Deposition Transcript of Kathy Weiss               $471.50

3. Affirmative Reporting Service
   Deposition Transcript of Ryan Buehnerkemper
   Deposition Transcript of Andrew Killian            $787.15

4. Affirmative Reporting Service
   Deposition Transcript of Jerry Johnson
   Deposition Transcript of Richard Koritz
   Deposition Transcript of Lori Berger
   Deposition Transcript of Kent Kull                 $960.05
                                                      _____

                           TOTAL:                     $2,489.95

# Midwest Litigation Services
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191 Fax: 314-644-1334

**Bill To:** Karin Anderson
OHalloran Kosoff Geitner & Cook LLC
650 Dundee Road
Suite 475
Northbrook, IL 60062

**Invoice #:** STL170585
**Invoice Date:** 02/07/2013
**Balance Due:** $271.25

**Case #:**

**Case:** Susan Stevens v. DeWitt County et al
**Job #:** 129045 | **Job Date:** 1/28/2013 | **Delivery:** Normal
**Billing Atty:** Karin Anderson
**Location:** Illinois Attorney General
3000 Montvale Drive | General Law Bureau | Springfield, IL 62704

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Susan Stevens | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 2 | Susan Stevens | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 3 | Susan Stevens | Transcript - copy/copies | Page | 145.00 | $1.75 | $253.75 |

**Notes:**

**Invoice Total:** $271.25
**Payment:**
**Credits:**
**Balance Due:** $271.25

Fed. Tax ID: 20-3132569    Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

## Midwest Litigation Services
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Karin Anderson
OHalloran Kosoff Geitner & Cook LLC
650 Dundee Road
Suite 475
Northbrook, IL 60062

**Invoice #:** STL170582
**Invoice Date:** 02/07/2013
**Balance Due:** $ 471.50

**Case #:** 311CV3162

**Case:** Susan Stevens v. Dewitt County Illinois et al
**Job #:** 129899 | **Job Date:** 1/29/2013 | **Delivery:** Normal
**Billing Atty:** Karin Anderson
**Location:** Illinois Attorney General
3000 Montvale Drive | Springfield, IL 62704

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kathy Weiss | Exhibit - B/W | Per page | 130.00 | $0.40 | $52.00 |
| 2 | Kathy Weiss | Transcript - copy/copies | Page | 234.00 | $1.75 | $409.50 |
| 3 | Kathy Weiss | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |

**Notes:**

| | Invoice Total: | $471.50 |
|---|---|---|
| | Payment: | |
| | Credits: | |
| Fed. Tax ID: 20-3132569 | Term: Due Upon Receipt | Balance Due: | $471.50 |

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.



Please Remit to:

**Affirmative Reporting Service**

P.O. Box 2407 • Decatur, IL 62524-2407
(217) 875-1414 • (800)886-DEPO • FAX (217) 875-4141
Owner: Marla K. Darsham, CSR    TID: 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

# Invoice

| Date | March 5, 2013 |
|---|---|
| Invoice Number | 13-02007-3 |
| Amount Due | $ 787.15 |
| Terms | Upon Delivery |

To:
Karin Anderson
O'Halloran, Kosoff, Geitner & Cook, LLC
Edens Corporate Center, 4th Floor
650 Dundee Road
Northbrook, IL 60062

Re: Susan Stevens vs.
DeWitt County, Illinois, et al.
Case No. 11-CV-3162

| Date of Service | Description | Amount |
|---|---|---|
| 02/05/13 | TROOPER RYAN BUEHNERKEMPER DEPOSITION; Counsel was provided with a Standard Size Copy Transcript w/ Word Index and a pdf file; 308 Copy Pages @ $1.95 | $ 600.60 |
| | ANDREW KILLIAN DEPOSITION; Counsel was provided with a Standard Size Copy Transcript w/ Word Index and a pdf file; 76 Copy Pages @ $1.95 | 148.20 |
| | EXHIBITS 1 - 20; 130 Copy Pages @ $.20 | 26.00 |
| | POSTAGE/DELIVERY via U.S. Priority Mail | 12.35 |
| | Please understand... We kindly request payment for our services upon receipt of your transcripts. | |
| | TOTAL AMOUNT DUE | $ 787.15 |

THANK YOU!
Donna

*Thank you for your business!*



Please Remit to:

**Affirmative Reporting Service**

P.O. Box 2407 • Decatur, IL 62524-2407
(217) 875-1414 • (800)886-DEPO • FAX (217) 875-4141
Owner: Marla K. Darsham, CSR    TID: 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

To:
Karin Anderson
O'Halloran, Kosoff, Geitner & Cook, LLC
Edens Corporate Center, 4th Floor
650 Dundee Road
Northbrook, IL 60062

# Invoice

| DATE | April 2, 2013 |
|---|---|
| INVOICE NUMBER | 13-02010-3 |
| AMOUNT DUE | $ 960.05 |
| TERMS | Upon Delivery |

Re:
Susan Stevens vs.
DeWitt County, Illinois, et al.
Case No. 11-CV-3162

| Date of Service | Description | Amount |
|---|---|---|
| 02/06/13 | JERRY A. JOHNSON, ESQ. DEPOSITION; Counsel was provided with a Condensed Copy Transcript w/ Word Index, and a pdf file; 39 Copy Pages @ $1.95 | $ 76.05 |
| | RICHARD G. KORITZ, ESQ. DEPOSITION; Counsel was provided with a Condensed Copy Transcript w/ Word Index, and a pdf file; 111 Copy Pages @ $1.95 | 216.45 |
| | LORI BERGER DEPOSITION; Counsel was provided with a Condensed Copy Transcript w/ Word Index, and a pdf file; 214 Copy Pages @ $1.95 | 417.30 |
| | KENT D. KULL, CPA DEPOSITION; Counsel was provided with a Condensed Copy Transcript w/ Word Index, and a pdf file; 122 Copy Pages @ $1.95 | 237.90 |
| | POSTAGE/DELIVERY via U.S. Priority Mail Medium Flat Rate Box | 12.35 |
| | Please understand... We kindly request payment for our services upon receipt of your transcripts. | |
| | TOTAL AMOUNT DUE | $ 960.05 |
| | THANK YOU! Marla | |

*Thank you for your business!*